UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR EK-AVILA,<br><br>        Plaintiff,<br><br>    v.<br><br>DOES 1-25,<br><br>        Defendant. | Case No. 20-cv-00658-DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

    Plaintiff Victor Ek-Avila filed a complaint against the City and County of San Francisco ("CCSF"), San Francisco Police Chief Bill Scott, San Francisco Sheriff Vicki Hennessey, and Doe Defendants on January 29, 2020. [Docket No. 1.] On October 21, 2020, Plaintiff filed a first amended complaint ("FAC") against CCSF and Doe Defendants, which included unidentified San Francisco Police Officers and San Francisco Sheriff's Deputies, but the FAC did not state any claims against CCSF. [Docket No. 17.] The court subsequently granted CCSF's unopposed motion to dismiss the FAC as to CCSF, leaving only Plaintiff's claims against the unidentified Doe Defendants. [Docket No. 21.]

    There is no indication that Plaintiff has identified any of the Doe Defendants or served them with the summons and FAC. None of the Doe Defendants have appeared in this action. Although this matter is set for a case management conference on January 20, 2021, Plaintiff failed to file a case management statement. It appears that Plaintiff has abandoned this case. Accordingly, the January 20, 2021 case management conference is VACATED. Plaintiff is ordered to respond by no later than January 20, 2021 and show cause why this matter should not be dismissed for failure to prosecute. Failure to respond by January 20, 2021 may result in

1 dismissal of this action.

2 **IT IS SO ORDERED.**

3 Dated: January 15, 2021



Donna M. Ryu
Judge Donna M. Ryu
United States Magistrate Judge