UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR EK-AVILA,<br><br>      Plaintiff,<br><br>   v.<br><br>DOES 1-25,<br><br>      Defendant. | Case No. 20-cv-00658-DMR<br><br>**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT** |

Plaintiff Victor Ek-Avila filed the complaint against City and County of San Francisco ("CCSF"), San Francisco Police Chief Bill Scott, San Francisco Sheriff Vicki Hennessey, and Doe Defendants on January 29, 2020. Due to delays beyond Plaintiff's control, the complaint and summons were not served until August 2020. On October 21, 2020, Plaintiff filed a first amended complaint ("FAC") against CCSF and Doe Defendants, which included unidentified San Francisco Police Officers and San Francisco Sheriff's Deputies, but the FAC did not state any claims against CCSF. [Docket No. 17.] The court subsequently granted CCSF's unopposed motion to dismiss the FAC as to CCSF, leaving only Plaintiff's claims against the unidentified Doe Defendants. [Docket No. 21.]

On January 22, 2021, the court ordered Plaintiff to name and serve the Doe Defendants by no later than February 22, 2021 and warned Plaintiff that failure to do so by the February 22, 2021 deadline could result in dismissal for failure to prosecute. [Docket No. 25.] There is no indication that Plaintiff has identified any of the Doe Defendants or served them with the summons and FAC. Accordingly, Plaintiff is hereby ORDERED to show cause in writing by no later than March 12, 2021 why this action should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 5, 2021

_____
Donna M. Ryu
United States Magistrate Judge